IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHY LEISTER et al., | : | |
| *Plaintiffs*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEWELL TRANSPORT, INC., et al., | : | No. 14-1411 |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 30th day of December, 2015, upon consideration of Defendants' First Motion in Limine to Preclude the testimony of Dr. Wecht (Docket No. 42), Defendants' Second Motion in Limine to Preclude Plaintiffs' Experts (Docket No. 55), and Plaintiffs' Opposition thereto (Docket No. 56), it is **hereby ORDERED** that the Defendants' First Motion (Docket No. 42) is **GRANTED**, and Defendants' Second Motion (Docket No. 55) is **GRANTED in part** and **DENIED in part**. Dr. Wecht will not be permitted to testify at trial; however, Dr. Baurer will be permitted to testify at trial.

BY THE COURT:

_s/Gene E.K. Pratter_
GENE E.K. PRATTER
United States District Judge

1